C. A. 10th Cir. Motions of American Council on Consumer Awareness et al., American Financial Services Association, and Center for Public Interest Research et al. for leave to file briefs as *amici curiae* granted. Certiorari denied. 

No. 94–9614 (A–946). FEARANCE *v.* TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

No. 94–9695 (A–965). FEARANCE *v.* SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. 

No. 94–1413. BAKER, LEGALLY INCAPACITATED PERSON BY BAKER, GUARDIAN, ET AL. *v.* SEARS, ROEBUCK & CO., 514 U. S. 1065;

No. 94–8035. DAVIS *v.* FIRST WORTHING MANAGEMENT, 514 U. S. 1054;

No. 94–8242. IN RE CALIFORRNIAA, 514 U. S. 1081;

No. 94–8248. HILI *v.* HILI, 514 U. S. 1114;

No. 94–8277. ETHERIDGE *v.* DEPARTMENT OF THE TREASURY, 514 U. S. 1098;

No. 94–8294. IN RE SNAVELY, 514 U. S. 1106;

No. 94–8299. SOLIS *v.* CIRCLE K CORP. ET AL., 514 U. S. 1098;

No. 94–8375. FRUSHER *v.* BASKIN-ROBBINS ICE CREAM CO. ET AL., 514 U. S. 1114;

No. 94–8402. ROLAND *v.* STALDER ET AL., 514 U. S. 1115;

No. 94–8464. IN RE LITZENBERG, 514 U. S. 1106;

No. 94–8617. IN RE WILSON, 514 U. S. 1081; and

No. 94–8656. MASON ET AL. *v.* UNITED STATES; and MASON *v.* UNITED STATES, 514 U. S. 1100. Petitions for rehearing denied.

JUNE 21, 1995

No. 94–9734 (A–971). GRIFFIN *v.* MISSOURI ET AL. C. A. 8th Cir. Application for stay of execution of sentence of death, pre-